UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ AUG 15 2005 ★

LONG ISLAND OFFICE

-----------------------------------------------------------------x

VINCENT T. DeCERBO,

        Plaintiff,

    v.

JOSE A. FEBO,

        Defendant.

-----------------------------------------------------------------x

JUDGMENT IN A CIVIL CASE

CV __02-2837__ (LDW)

__XX__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff Vincent T. DeCerbo recover of Defendant Jose A. Febo the sum of

$50,000.00.

Dated: Central Islip, New York
       August 15, 2005

ROBERT C. HEINEMANN
Clerk of Court

By: _____
Josiah Kharjie
Courtroom Deputy